IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIMOTHY RYAN BOOHER                                                                PLAINTIFF

V.                         CASE NO. 4:18-CV-667-KGB-BD

TOMMY MAHAN and
DAVID ELKINS                                                                       DEFENDANTS

## RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Mr. Booher may file written objections to this Recommendation. Objections should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Booher risks waiving the right to appeal questions of fact.

**II.    Discussion:**

Timothy Ryan Booher, formerly an inmate at the Van Buren County Jail ("County Jail"), filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Mail sent to Mr. Booher from the Court has been returned as "undeliverable." (#3, #5) Mr. Booher has failed to inform the Court of his new address as required by the Court's local rules. See Local Rule 5.5.

By Order of September 26, 2018, Mr. Booher was ordered to notify the Court of his current address within thirty days. (#4) The Court specifically cautioned Mr. Booher that his claims could be dismissed if he failed to update his address. To date, Mr. Booher has failed to comply with the Court's Order, and the time for doing so has passed.

### III.  Conclusion:

The Court recommends that Mr. Booher's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's September 26, 2018 Order and his failure to prosecute this lawsuit.

DATED this 31st day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE