# THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TIMOTHY RYAN BOOHER**                                                    **PLAINTIFF**

**v.**                                 **Case No. 4:18-cv-00667-KGB**

**TOMMY MAHAN, Assistant Jail Administrator,**
**Van Buren County Detention Center, and**
**DAVID ELKINS, Doctor, Van Buren County Detention Center**          **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 6). In her Recommended Disposition, Judge Deere recommends that plaintiff Timothy Ryan Booher's claims be dismissed without prejudice. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Deere's recommendation.

Therefore, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 6). It is ordered that Mr. Booher's complaint be dismissed without prejudice.

It is so ordered this 23rd day of January, 2020.

_____
Kristine G. Baker
United States District Judge