THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY RYAN BOOHER**                                                   **PLAINTIFF**

v.                  **Case No. 4:18-cv-00667-KGB**

**TOMMY MAHAN**, Assistant Jail Administrator, Van Buren
County Detention Center, and **DAVID ELKINS**, Doctor, Van
Buren County Detention Center                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Timothy Ryan Booher's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 23rd day of January, 2020.

_____
Kristine G. Baker
United States District Judge